# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY TRUJILLO, et al. | Case No.  1:12-cv-01845-AWI-SKO |
| Plaintiffs, | **ORDER THAT PLAINTIFFS SERVE THE COMPLAINT OR SHOW CAUSE WHY THE ACTION SHOULD NOT BE RECOMMENDED FOR DISMISSAL** |
| v. | |
| COUNTY OF TULARE, et al., | |
| Defendants. | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| _____/ | |

Plaintiffs Tony Trujillo, Linda Trujillo, Randi Petersen, Richard Longworth, Michael Petersen, and Ryan Petersen (collectively, "Plaintiffs") filed suit against Defendants Tulare County, Philip Cox, Pete Vander Poel, J. Steven Worthley, Allen Ishida, Mike Ennis, Michael Spata, Ben Kimball, Jake Raper, Dennis Lehman, Deanne Peterson, Kathleen Bales-Lange, Glen McIntyre, Greg Welch, Don Brown, and DOES 1 through 10 (collectively, "Defendants") asserting claims pursuant to 42 U.S.C. §§ 1981, 1983, and 1988.  Summonses were issued to Plaintiffs on August 2, 2013, but the docket does not reflect that the complaint has been served on Defendants.  More than 120 days have passed since the summonses were issued, and pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs must serve the complaint or the action shall be dismissed.

///

///

1    Accordingly, it is HEREBY ORDERED that:

2    1.    **By no later than December 31, 2013,** Plaintiffs shall file **either**:

3         a.    File executed summonses showing that the complaint has been served on

4              Defendants; **or**

5         b.    File a statement showing cause why the action should not be recommended

6              for dismissal without prejudice due to Plaintiffs' failure to serve the

7              complaint pursuant to Federal Rule of Civil Procedure 4(m);

8    2.    The Scheduling Conference currently set for December 17, 2013, is CONTINUED

9         to **January 30, 2014, at 10:00 a.m. in Courtroom 7.**

10

11

12   IT IS SO ORDERED.

13   Dated:    **December 11, 2013**                    **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2