# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY TRUJILLO, et al. | Case No. 1:12-cv-01845-AWI-SKO |
| Plaintiffs, | **FINDINGS AND RECOMMENDATIONS THAT PLAINTIFFS' COMPLAINT BE DISMISSED WITHOUT PREJUDICE** |
| v. | |
| COUNTY OF TULARE, et al., | |
| Defendants. | |

    Plaintiffs Tony Trujillo, Linda Trujillo, Randi Petersen, Richard Longworth, Michael Petersen, and Ryan Petersen (collectively, "Plaintiffs") filed suit against Defendants Tulare County, Philip Cox, Pete Vander Poel, J. Steven Worthley, Allen Ishida, Mike Ennis, Michael Spata, Ben Kimball, Jake Raper, Dennis Lehman, Deanne Peterson, Kathleen Bales-Lange, Glen McIntyre, Greg Welch, Don Brown, and DOES 1 through 10 (collectively, "Defendants") asserting civil rights claims pursuant to 42 U.S.C. §§ 1981, 1983, and 1988.  Summonses were issued to Plaintiffs on August 2, 2013, but the docket does not reflect that the complaint has been served on Defendants.  More than 120 days have passed since the summonses were issued and the complaint was filed.

    On December 11, 2013, the Court issued an order requiring Plaintiffs to show cause by no later than December 31, 2013, why the action should not be recommended for dismissal due to the failure of Plaintiffs to serve the complaint <u>or</u> to file executed summonses showing that service of

1 process on Defendants had been completed.  (Doc. 6.)  Plaintiffs neither responded to the Court's
2 order to show cause nor filed executed summonses.

3 　　　　Pursuant to Federal Rule of Civil Procedure 4(m), if the complaint is not served within 120
4 days after it is filed, the Court must dismiss the action without prejudice after notice to the
5 plaintiff.  In this case, notice to Plaintiffs was given on December 11, 2013, but they have failed to
6 take any action.   Fed. R. Civ. P. 4(m).

## CONCLUSION AND RECOMMENDATION

8 　　　　Based on the foregoing, the Court recommends that this action be dismissed without
9 prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve the complaint.

10 　　　　These findings and recommendations are submitted to the district judge assigned to this
11 action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 304.  Within fourteen
12 (14) days of service of this recommendation, any party may file written objections to these
13 findings and recommendations with the Court and serve a copy on all parties.  Such a document
14 should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The
15 district judge will review the magistrate judge's findings and recommendations pursuant to 28
16 U.S.C. § 636(b)(1)(C).  The parties are advised that failure to file objections within the specified
17 time may waive the right to appeal the district judge's order. Martinez v. Ylst, 951 F.2d 1153 (9th
18 Cir. 1991).

IT IS SO ORDERED.

22 　　Dated:   **January 24, 2014**　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2